IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| SHANCEE YVONNE HARRISON, | * | CASE NO. 15-56994-JRS |
| | * | |
| DEBTOR. | * | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHANCEE YVONNE HARRISON, | ) | |
| | ) | |
| | ) | |
| MOVANT, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED CONSUMER | ) | |
| FINANCIAL SERVICES, | ) | |
| | ) | |
| RESPONDENT. | ) | |

## OBJECTION TO CLAIM

COMES NOW, the Debtor, Shancee Harrison, by and through her undersigned attorney, and hereby objects to the Proof of Claim filed by Respondent in this Chapter 13 Case. As grounds for this Objection, the Debtor shows this Honorable Court the following:

1.

This case was commenced by the filing of a Voluntary Petition for relief in the Bankruptcy under Chapter 13 of Title 11 of the United States Code on April 15, 2015.

2.

On June 9, 2015, Respondent filed secured Claim No. 6-1 in the amount of $1,625.00. The Respondent attached a "Retail Installment Contract" for a Kirby vacuum cleaning system.

3.

The Debtor objects to Claim No. 6-1. Specifically, the Debtor advised that she never received the merchandise and she cancelled the agreement.

WHEREFORE, the Debtor prays:

a) That Claim number 6-1 in the amount of $1,625.00 be disallowed.

b) That the Claim should be disallowed until hearing on objection; and

c) For such other and further relief as this Court may deem necessary and proper;

Dated: July 8, 2015

                                        Respectfully submitted,

                                        _____/s/_____
                                        Lureece D. Lewis, Esq.
                                        Attorney for Debtor/Movant
                                        GA Bar No. 520077
                                        The Cochran Firm
                                        547 Ponce de Leon Ave. Ste. 150
                                        Atlanta, GA 30303
                                        888.777.4910
                                        866.799.7178 Fax
                                        lureece.lewis@cochranfirmbk.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| SHANCEE YVONNE HARRISON, | * | CASE NO. 15-56994-JRS |
| | * | |
| DEBTOR. | * | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHANCEE YVONNE HARRISON, | ) | |
| | ) | |
| | ) | |
| MOVANT, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED CONSUMER | ) | |
| FINANCIAL SERVICES, | ) | |
| | ) | |
| RESPONDENT. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Movant has filed an Objection to Respondent's Claim No. 6-1.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1404, U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia, 30303, at 2:00 p.m. on August 13, 2015**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.

If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is:  **Clerk, U.S. Bankruptcy Court, 1340 U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia, 30303.**  You must also mail a copy of your response to the undersigned at the address stated below.

Dated:  July 8, 2015

                Respectfully submitted,

                _____/s/_____
                Lureece D. Lewis, Esq.
                Attorney for Debtor/Movant
                GA Bar No. 520077
                The Cochran Firm
                547 Ponce de Leon Ave. Ste. 150
                Atlanta, GA 30303
                888.777.4910
                866.799.7178 Fax
                lureece.lewis@cochranfirmbk.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| SHANCEE YVONNE HARRISON, | * | CASE NO. 15-56994-JRS |
| | * | |
| DEBTOR. | * | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHANCEE YVONNE HARRISON, | ) | |
| | ) | |
| | ) | |
| MOVANT, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED CONSUMER | ) | |
| FINANCIAL SERVICES, | ) | |
| | ) | |
| RESPONDENT. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within pleading upon the following by depositing a copy of the same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery. Any FDIC insured depository institutions have been served by Certified Mail in accordance with Fed. R. Bankr. P.7004(h).

Shancee Harrison
5309 Mountain Village Court
Stone Mountain, GA 30083

United Consumer Financial Services
c/o Bass & Associates, P.C.
Attn: Susan, Karder, Admin. Assistant
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ 85712

United Consumer Financial Services
c/o Corporate Creations Network, Inc.
Registered Agent
119 E. Court St.
Cincinnati, OH 45202

United Consumer Financial Services
Attn: James Barnhart, Director
865 Bassett Rd.
Westlake, OH 44145

      I further certify that, by agreement of parties, Adam Goodman, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated:  July 8, 2015

                Respectfully submitted,

                _____/s/_____
                Lureece D. Lewis, Esq.
                Attorney for Debtor/Movant
                GA Bar No. 520077
                The Cochran Firm
                547 Ponce de Leon Ave. Ste. 150
                Atlanta, GA 30303
                888.777.4910
                866.799.7178 Fax
                lureece.lewis@cochranfirmbk.com